UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
JERRY CANKAT,

        Plaintiff,   15 CV 4963 (SJ) (MDG)

 - against -        FINAL JUDGMENT OF
              MANDATORY INJUNCTION

41ST AVENUE RESTAURANT CORP. d/b/a
MONAHAN and FITZGERALD, and BAYSIDE
RE GROUP, LLC

        Defendants.
-----------------------------------------------------------X

  Plaintiff having moved for a default judgment against defendants in this action (the "Default Motion"); and defendants having failed to timely answer or appear; and the Clerk of Court having entered their default upon the record pursuant to Federal Rule of Civil Procedure 55(a); and the Court, by Memorandum and Order dated December 8, 2016, having granted the Default Motion in part; it is hereby

  **ORDERED AND ADJUDGED**, that Plaintiff's motion for default judgment is granted to the extent set forth in the Memorandum and Order; and it is further

  **ORDERED, ADJUDGED, and DECREED**, that

1. Within one year, the Restaurant will make the entrance accessible to Plaintiff and others similarly situated;

2. Within one year, the Restaurant is to comply with 36 C.F.R. Part 1191, Appendices B, C and D;

3. Failure to do so will result in civil liability for an independent survey of the premises and fees for enforcement litigation;

4. If within one year, the Restaurant continues to deny Plaintiff and others similarly situated, full and equal enjoyment of its goods and services, Plaintiff may seek leave to reopen the case.

**ORDERED AND ADJUDGED**, that attorney's fees are awarded here in the amount of $460 and costs for litigation in the amount of $550; therefore, the total award for this matter is $1,010.

**SO ORDERED.**

Dated: December 12 2016
Brooklyn, NY

s/Sterling Johnson, Jr.
_____
Sterling Johnson, Jr., Senior U.S.D.J.

P-049